**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:15-cr-03005-SRB |
| | ) | |
| CHRISTIAN CANNON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending that Defendant's Motion to Suppress Evidence and Statements be denied.  (Doc. #44). Defendant objected to Judge Rush's Report and Recommendation by filing Defendant's Exceptions to the Magistrate's Report and Recommendation.  (Doc. #47).  Defendant argues that Judge Rush's finding that Defendant's son gave a valid, third-party consent to the search was in error because 1) Defendant's son was coerced; 2) Defendant's son did not have actual authority to give third-party consent; and 3) the search exceeded the scope of any third-party consent.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections, (Doc. #47), and ADOPTS Judge Rush's Report and Recommendation, (Doc. #44).  Defendant's Motion to Suppress Evidence and Statements (Doc. #22) is hereby DENIED.


**IT IS SO ORDERED.**

DATED: <u>May 17, 2016</u>                                  /s/ Stephen R. Bough
                                                                              JUDGE STEPHEN R. BOUGH
                                                                              UNITED STATES DISTRICT COURT